JON M. BRAMNICK*△
JOHN C. RODRIGUEZ
GARY J. GRABAS
JONATHAN P. ARNOLD*○
PATRICK J. MANGAN*□
CARL A. SALISBURY○
KELLY A. LYNCH
ROBERT C. ROWBOTHAM, II
BRIAN J. TREMBLEY○
BRENT A. BRAMNICK*◇○
SUSAN E. KINSELLA
RICHARD M. BROCKWAY
CRISTINA CARREÑO
JONATHAN P. HOLTZ*○
STEPHANIE LEIGH○
JOHN J. IACIOFANO
JOSEPH A. CAMPBELL○
HEIDI VANESSA RIVKIN○

———

✳ CERTIFIED BY THE SUPREME COURT
  OF NEW JERSEY AS A CIVIL TRIAL
  ATTORNEY
◇ CERTIFIED BY THE SUPREME COURT
  OF NEW JERSEY AS A CRIMINAL
  TRIAL ATTORNEY
✝ CERTIFIED BY THE SUPREME COURT
  OF NEW JERSEY AS A WORKERS'
  COMPENSATION ATTORNEY
△ MEMBER OF N.J., N.Y. & FLA. BARS
○ MEMBER OF N.J. & N.Y. BARS
□ MEMBER OF N.J. & LA. BARS

**BRAMNICK, RODRIGUEZ,**
**GRABAS, ARNOLD & MANGAN, LLC**
**ATTORNEYS AT LAW**
1827 EAST SECOND STREET
SCOTCH PLAINS, NEW JERSEY 07076
908.322.7000
FAX 908.322.6997
www.bramnicklaw.com
Email: jonbramnick@bramnicklaw.com

OF COUNSEL
HON. KAREN M. CASSIDY, A.J.S.C. (Ret.)
HON. STEPHANIE ANN MITTERHOFF, J.A.D. (RET.)
MARK CAIRA✝
RUSSELL M. WOODS
STEPHEN A. SATKIN○

ESSEX COUNTY OFFICE
116 WASHINGTON STREET
SECOND FLOOR
NEWARK, NJ 07102
973.273.0023

PASSAIC COUNTY OFFICE
1135 BROAD STREET, #211
CLIFTON, NJ 07013
973.778.4212

CHERRY HILL OFFICE
20 BRACE ROAD, SUITE 115
CHERRY HILL, NJ 08034
609.451.4899

April 10, 2024

*Via ECF*
Honorable José R. Almonte
United States Magistrate Judge for the District of New Jersey
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, New Jersey 07102

**RE:    *E.B. v. Howard Johnson by Wyndham Newark Airport, et al.***
        **Civil Action No. 2:21-cv-02901-JXN-JRA**

Your Honor:

This office represents Plaintiff, E.B., in the above matter. As the Court is aware, this action is brought pursuant to 18 U.S.C. § 1595 of the federal William Wilberforce Trafficking Victims Protection Reauthorization Act of 2008 in addition to New Jersey law.

Please be advised that on or about January 26, 2024, a criminal indictment was filed against Soauib Butcher, 30, of Brooklyn, charging with conspiracy to commit sex trafficking of a minor (18 U.S.C. § 1594(c)), sex trafficking of a minor (18 U.S.C.§§(a)(1), (b)(2), and (c)), and transporting a minor to engage in commercial sexual activity (18 U.S.C. § 2423(a)). On that day he appeared before U.S. Magistrate Judge James B. Clark III court and was detained.

"Victim-1" named in the indictment is my client.

Pursuant to 18 U.S.C. § 1595(b), a civil action shall be stayed during the pendency of any criminal action arising out of the same occurrence in which the claimant is the victim. The subsection defines "criminal action" as including investigation and prosecution and is pending until final adjudication in the trial court.

1

In light of the pending criminal action, the parties submit that this matter must be automatically stayed until final adjudication of the criminal action pursuant to the statute.

Respectfully submitted,

Dated: April 10, 2024

**BRAMNICK, RODRIGUEZ, GRABAS, ARNOLD & MANGAN, LLC**

By:  /s/ Brian J. Trembley, Esq.

Brian J. Trembley, Esq.
1827 East Second Street
Scotch Plains, NJ 07076
(908) 322-7000
btrembley@bramnicklaw.com
*Attorneys for Plaintiff, E.B.*

| **DLA PIPER LLP (US)** | **DLA PIPER LLP (US)** |
|---|---|
| By:  /s/ David S. Sager, Esq.<br>David S. Sager, Esq.<br>Christine Anna LiCalzi, Esq.<br>51 John F. Kennedy Parkway<br>Suite 120<br>Short Hills, NJ 07078<br>T: 973-520-2570<br><br>david.sager@us.dlapiper.com<br>christine.licalzi@us.dlapiper.com<br><br>*Attorneys for Defendant, Wyndham Hotels & Resorts, Inc.* | By:  /s/ Elissa Glasband, Esq.<br>Elissa Glasband Esq.<br>Akhil Sheth, Esq.<br>51 John F. Kennedy Parkway<br>Suite 120<br>Short Hills, NJ 07078<br>T: 973-520-2570<br><br>lisa.glasband@us.dlapiper.com<br>akhil.sheth@us.dlapiper.com<br><br>*Attorneys for Defendant, G6 Hospitality, LLC* |

2

| | |
|---|---|
| **MIDDLEBROOKS SHAPIRO, P.C.**<br><br><br>By:  /s/ Joseph M. Shapiro, Esq.<br>    Joseph M. Shapiro, Esq.<br>    P.O. Box 1630<br>    Belmar, New Jersey 07719-1630<br>    T: (973) 218-6877<br>    F: (973) 218-6878<br>    jshapiro@middlebrooksshapiro.com<br><br>*Attorneys for Defendant, Flora Motel* | **MORRISON MAHONEY LLP**<br><br><br>By:  /s/ E. Michael Garrett, Jr., Esq.<br>    E. Michael Garrett, Jr., Esq.<br>    Waterview Plaza<br>    2001 U.S. Highway 46, Suite 200<br>    Parsippany, NJ 07054<br>    T: 862-286-6112<br>    F: 973-257-3527<br>    MGarrett@morrisonmahoney.com<br><br>*Attorneys for Defendants, Royal Motel, Oak Grand Motel, and Ritz Motel* |
| **O'HAGAN MEYER**<br><br><br>By:  /s/ Penelope B. O'Connell, Esq.<br>    Penelope B. O'Connell, Esq.<br>    116 Village Boulevard, Suite 200<br>    Princeton, NJ 080540<br>    T: 609-291-3450<br>    F: 609-291-3455<br>    poconnell@ohaganmeyer.com<br><br>*Attorneys for Defendant, G6 Hospitality LLC* | |